UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| NICOLE ARNOLD, *On behalf of herself and all others similarly situated* | ) ) ) ) | Case No. 1:17 CV 2556 |
| Plaintiffs, | ) ) | JUDGE DONALD C. NUGENT |
| vs. | ) ) | ORDER OF DISMISSAL |
| PREFERRED INSULATION, INC., *et al.*, | ) ) ) | |
| Defendants. | ) | |

This Court was notified that a mediation conference was held before Magistrate Judge Jonathan D. Greenberg on June 19, 2019 and the parties were able to reach an agreement.

Therefore, this case is dismissed. Parties may file any additional documentation evidencing the settlement within 30 days of the entry of this Order. The Court shall retain jurisdiction to enforce the settlement agreement.

IT IS SO ORDERED.

_____
DONALD C. NUGENT
United States District Judge

DATE: _July 15, 2019_